AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| Hosick | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 10 C 5132 |
| Chicago State University et al | |

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the Court grants Defendants' motion for summary judgment on all claims. Judgment is entered in favor of the defendants.

Thomas G. Bruton, Clerk of Court

Date: 2/14/2013

_____

/s/ Carmen Acevedo, Deputy Clerk